

FILED

12/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0699

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0699

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

KAITLYN HOLMES,

    Defendant and Appellant.

**ORDER**

FILED

DEC 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Through counsel, Kaitlyn Holmes seeks leave to file an out-of-time appeal of the Eighteenth Judicial District Court's September 14, 2022 judgment in Gallatin County Cause No. DC-21-525C. Holmes represents that counsel's office mistakenly filed her November 9 notice of appeal with the District Court clerk only instead of with the Clerk of this Court. Holmes advises that counsel for the State has no objection.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Given the administrative error in filing the notice with the wrong court, and there being no objection, we conclude that Holmes's appeal should be allowed to proceed.

IT IS THEREFORE ORDERED that Holmes's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that counsel for Holmes shall have ten days from the date of this Order within which to file a Notice of Appeal and shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of this Court is directed to provide copies of this Order to all counsel of record.

DATED this 13 day of December, 2022.

_____

_____

_____

_____

_____
                                    Justices

2